NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**AMCOL INTERNATIONAL CORP.,**
*Appellant*

**v.**

**OIL-DRI CORPORATION OF AMERICA,**
*Appellee*

_____

2024-1385

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01107.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    AMCOL INTERNATIONAL CORP. v. OIL-DRI CORPORATION OF
AMERICA

(2)  Each side shall bear their own costs.

FOR THE COURT

August 19, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 19, 2024